**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Arthur Guyland Carroll | CV 12-957-PX-ROS(DKD) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Sgt Hadsell | Summons/Complaint Order |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

M.C.S.O. Fourth Avenue Jail

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 201 S 4th Ave Phoenix, AZ 85003

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Arthur Carroll ADC# 89986
Arizona State Prison Lewis
P.O. Box 70
Buckeye, AZ 85326

| Number of process to be served with this Form - 285 | 3 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Sgt Hadsell works as an officer in the Maricopa County Sheriffs Office. He works in the Fourth Avenue Facility & may be at other Jail locations.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

/s/ Arthur Carroll

TELEPHONE NUMBER

DATE: 7-9-12

FILED / RECEIVED / LODGED / COPY
JUL 24 2012
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than once USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 08 | 08 | CMS | 07/13/12 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am / pm |
|---|---|---|
| 07/18/12 | | |

Signature of U.S. Marshal or Deputy: CMK

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | |

REMARKS: Received signed waiver 07/23/12

RECEIVED U.S. MARSHALS SERVICE PHOENIX 2012 JUL 24 PM 3:13

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 399 (01/09) Waiver of the Service of Summons

RECEIVED JUL 1 6 2012
RECEIVED
US MARSHALS SERVICE

# UNITED STATES DISTRICT COURT
for the
District of Arizona

12 JUL 23 P2:21

DISTRICT OF ARIZONA

Arthur Guyland Carroll
_____
Plaintiff
v.
Sgt Ladsell
_____
Defendant

Civil Action No. CV 12-957-PX-ROS-(DKD)

## WAIVER OF THE SERVICE OF SUMMONS

To: Arthur G Carroll
_____
(Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from  07/13/12 , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 7/18/12

Ashley Osburn
_____
Printed name of party waiving service of summons

_____
Signature of the attorney or unrepresented party

Ashley Osburn
_____
Printed name

100 W Washington
Suite 1900 Phoenix AZ 85003
_____
Address

Compliance.lls@mcso.maricopa.gov
_____
E-mail address

(602) 876-3400
_____
Telephone number

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.